[No. 27819-3-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN
ISSAAC JONATHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03803-0, Norma Smith Huggins, J.,

entered January 15, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Webster, J.